IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KEINALD V. PARNELL, | |
|---|---|
| Petitioner, | 8:19CV32 |
| vs. | |
| SCOTT R. FRAKES, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing No. 3.) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the court's records, Petitioner has paid the $5.00 fee. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing no. 3) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 19th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge