IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEINALD V. PARNELL,<br><br>                Petitioner,<br><br>    vs.<br><br>SCOTT R. FRAKES,<br><br>                Respondent. | 8:19CV32<br><br>MEMORANDUM<br>AND ORDER |

      This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 25.) Petitioner filed a Notice of Appeal (filing no. 22) on January 13, 2020. Petitioner appeals from the court's Memorandum and Order and Judgment dated December 19, 2019. (Filing Nos. 20 & 21.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

      IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 25) is granted.

      Dated this 23rd day of January, 2020.

                                                    BY THE COURT:

                                                    Richard G. Kopf<br>
                                                    Senior United States District Judge