# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEINALD V. PARNELL,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>SCOTT R. FRAKES,<br><br>　　　　　Respondent. | 8:19CV32<br><br>**MEMORANDUM<br>AND ORDER** |

　　This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 29), which was forwarded to the court from the Eighth Circuit Court of Appeals. Petitioner submitted a new notice of appeal (filing no. 28), the present motion, and an inmate account statement (filing no. 30) to the Eighth Circuit Court of Appeals on January 21, 2020. This court previously granted Petitioner leave to proceed in forma pauperis on appeal on January 23, 2020, and his initial notice of appeal (filing no. 22) was processed to the Eighth Circuit Court of Appeals that same day. (*See* Filing No. 27.) Accordingly,

　　IT IS ORDERED that:

　　1.　Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 29) is denied as moot.

　　2.　The clerk of the court is directed to transmit Petitioner's new notice of appeal (filing no. 28) to the Eighth Circuit Court of Appeals as a supplement to Petitioner's original Notice of Appeal (filing no. 22).

Dated this 27th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge